

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nissan North America, Inc., Appellant

No. 06-19-00007-CV        v.

Texas Department of Motor Vehicles, et al.,
Appellees

Appeal from the 126th District Court of
Travis County, Texas (Tr. Ct. No. D-1-GN-
17-004072). Opinion delivered by Justice
Burgess, Chief Justice Morriss and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Nissan North America, Inc., pay all costs of this appeal.

RENDERED NOVEMBER 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk